1422

**96–1467.   Harris v. Kennedy.**
Cuyahoga App. No. 69420.   Reported at 80 Ohio St.3d 1211, 686 N.E.2d 523.   On motion for reconsideration.   Motion denied.
   DOUGLAS, J., dissents.

**97–223.   State ex rel. Norris v. Boggins.**
Stark App. No. 1997CA00004.   Reported at 80 Ohio St.3d 296, 685 N.E.2d 1250.   On motion for reconsideration.   Motion denied.

**97–1826.   State ex rel. Davie v. Callahan.**
In Procedendo.   Reported at 80 Ohio St.3d 1212, 686 N.E.2d 1135.   On motion for reconsideration. Motion denied.
   COOK and LUNDBERG STRATTON, JJ., dissent.

**97–1848.   Ft. Defiance Constr. & Supply, Inc. v. Grover Hill.**
Paulding App. No. 11–95–15.   Reported at 80 Ohio St.3d 1449, 686 N.E.2d 276.   On motion for reconsideration.   Motion denied.
   DOUGLAS, J., dissents.

**97–1897.   Adam v. Bath Twp. Bd. of Zoning Appeals.**
Summit App. No. 18144.   Reported at 80 Ohio St.3d 1470, 687 N.E.2d 298.   On motion for reconsideration.   Motion denied.
   MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**97–1912.   Stickovich v. Cleveland.**
Cuyahoga App. No. 72874.   Reported at 80 Ohio St.3d 1470, 687 N.E.2d 298.   On motion for reconsideration.   Motion denied.
   MOYER, C.J., and COOK, J., would grant the motion and hold this cause for the decision in 97–1870, *Burger v. Cleveland Hts.*, Cuyahoga App. No. 72675.
   LUNDBERG STRATTON, J., would grant the motion.

**97–1932.   State v. Kobi.**
Fulton App. No. F–96–025.   Reported at 80 Ohio St.3d 1466, 687 N.E.2d 295.   On motion for reconsideration.   Motion denied.
   LUNDBERG STRATTON, J., would grant the motion and hold this cause for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419.
   RESNICK, J., not participating.